

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2018

No. 04-18-00319-CV

**IN THE INTEREST OF N.D.S. AND I.F.S.**, Children

From the County Court at Law, Starr County, Texas
Trial Court No. CC-16-367
Honorable Romero Molina, Judge Presiding

**ORDER**

    This appeal is DISMISSED FOR WANT OF PROSECUTION.  The costs of this appeal are taxed against appellant.

    It is so **ORDERED** on November 21, 2018.

_____
Irene Rios, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 21st day of November, 2018.

_____
Keith E. Hottle, Clerk of Court